# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SISC JOHNSON, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRANCH BANKING AND TRUST COMPANY, et al., | : | No. 10-918 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **January, 2011**, upon consideration of Defendants' Motion to Compel Arbitration and Stay Action, Plaintiff's Opposition thereto, Defendants' Reply thereon, and for the reasons stated in the Court's Memorandum dated January 10, 2011, it is hereby **ORDERED** that Defendants' Motion (Document No. 39) is **DENIED.**

BY THE COURT:

**Berle M. Schiller, J.**